# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Vari-Volt Technologies, LLC** | § § | |
| v. | § § | Case No. 6:16-cv-001046-RWS-KNM |
| **VapeUSA Corp., an Oklahoma Corporation** | § § § § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Vari-Volt Technologies, LLC has filed a notice of dismissal, without prejudice, with respect to Defendant VapeUSA Corp., an Oklahoma Corporation. Doc. No. 11. The Court is of the opinion that said notice should be **ENTERED**.

Accordingly, and pursuant to the notice, it is **ORDERED** that the action is hereby **DISMISSED without prejudice against Defendant VapeUSA Corp, an Oklahoma Corporation**.

**SIGNED** this 9th day of February, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE